# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**HENLEY CHRIS SIMS**                                                                                     **PLAINTIFF**

**v.**                             Case No. 3:18-cv-00201 KGB

**ARKHOP, LLC**                                                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 15). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear its own costs, fees, and expenses.

It is so ordered this 3rd day of October 2019.

                                                          Kristine G. Baker
                                                          United States District Judge